# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

FILED
Asheville
Aug 27 2025
U.S. District Court
Western District of N.C.

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Derrick Alan Cucumber | ) | Case No. 1:25-mj-00029-WCM |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## RULE 4.1 - CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of November 9, 2024 in the county of Swain in the Western District of North Carolina, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 1111, 1153 | First degree murder in Indian country |

This criminal complaint is based on these facts:
See attached Affidavit.

☒ Continued on the attached sheet.

/s/ Cody McKinney
*Complainant's signature*

Sgt. Det. Cody McKinney, CIPD
*Printed name and title*

Sworn in accordance with Rule 4.1.

W. Carleton Metcalf
United States Magistrate Judge

*Judge's signature*

Date: 08/26/2025

City and state: Asheville, North Carolina

Honorable W. Carleton Metcalf, United States Magistrate Judge
*Printed name and title*